**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMANUEL LOPEZ GALVAN,<br><br>Petitioners,<br><br>v.<br><br>WARDEN OF MESA VERDE DETENTION CENTER, et al.,<br><br>Respondents. | Case No.: 1:26-cv-02174 JLT HBK (HC)<br><br>A-Number: 098-917-738<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, ORDERING RESPONDENTS TO PROVIDE A CUSTODY REDETERMINATION HEARING, DENYING MOTIONS FOR PRELIMINARY INJUNCTION AND TO EXPEDITE RULING AS MOOT<br><br>(Docs. 1, 7, 10, 17) |

Emmanuel Lopez Galvan is an immigration detainee in U.S. Immigration and Customs Enforcement custody at the Mesa Verde ICE Processing Facility in Bakersfield, California, proceeding with counsel on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1, "Petition"). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2026, the assigned magistrate judge issued findings and recommendations to grant the Petition and deny the motion for preliminary injunction and motion to expedite ruling as moot. (Doc. 17.) The Court served the findings and recommendations on all parties and notified them that any objections were due within five days after service. (*Id.*) In addition, the Court "advised that failure to file objections within the specified time may result in the waiver of

rights on appeal." (*Id.* at 10-11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). No objections have been filed, and the deadline to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 31, 2026 (Doc. 17) are **ADOPTED** in full;
2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.
3. The motion for preliminary injunction (Doc. 7) is **DENIED** AS MOOT.
4. The motion to expedite ruling (Doc. 10) is **DENIED** AS MOOT.
5. **Within 48 hours of this order**, Respondents **SHALL undertake** an initial custody determination pursuant to 8 U.S.C. § 1226(a) at which point they may either release Petitioner or continue his detention if deemed appropriate.
6. Thereafter, if Petitioner is not released, and no arrest warrant has been issued, Respondents **SHALL** immediately seek an arrest warrant. If the warrant is not granted, Respondents **SHALL** immediately release Petitioner. If a warrant is granted, within ten (10) days of the initial custody determination, Respondents **SHALL** provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument about whether Petitioner is a danger to the community and/or present a flight risk if not detained.
7. <u>**At least 72 hours before**</u> the scheduled hearing, Petitioner **SHALL** receive notice of the hearing. He **SHALL** have a right to be represented by counsel at the hearing, and he **SHALL** be entitled to appear at the hearing. If counsel has filed an appearance in the immigration proceedings, at least 72 hours before the hearing, counsel **SHALL** receive notice of the scheduled hearing.
8. Respondents **SHALL** provide a copy of this order to the immigration judge

presiding over the bond hearing and **SHALL** arrange for the bond hearing to be recorded.

9. The Clerk of Court is directed to serve the Mesa Verde ICE Processing Facility in Bakersfield, California, with a copy of this Order.

10. The Clerk of the Court is directed terminate any pending motions/deadlines, enter judgment for Petitioners, and close this case.

IT IS SO ORDERED.

Dated: September 17, 2026

UNITED STATES DISTRICT JUDGE